1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT
7
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  IN THE MATTER OF
10                                              No. C 14-80236
   In the Matter of Patricia Henricks Powell -
11 #133892                                      **ORDER RE REASSIGNMENT**
12                                        /
13     This action is hereby **REASSIGNED** to **JUDGE JAMES DONATO**.
14
15     **IT IS SO ORDERED.**
16
17  Dated:   September 29, 2014.                 _____
18                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California