UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Patricia Henricks Powell - #133892

Case No. 14-mc-80236-JD

**ORDER OF SUSPENSION**

Because Patricia Henricks Powell has failed to respond to the Order to Show Cause, Ms. Powell's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: October 10, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF | Case No.  14-mc-80236-JD |
|---|---|
| Patricia Henricks Powell - #133892 | **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/10/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patricia Henricks Powell
111A Olivia Court
Novato, CA 94947

Dated: 10/10/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato